1

2   Dana Scioli, Space Exploration Attorney
    Colorado Bar Number # 545839
3   Pro Hoc Nuc
    1629 K Street NW
4   Suite 300
    Washington DC 20006
5
    P 202.466.0962
6   F 202.331.3759

7

8   Attorney for Plaintiff

9   InternationalScientificInvestigation@protonmail.com

10

11              IN THE UNITED STATES DISTRICT COURT

12                  FOR THE DISTRICT OF ARIZONA

13

14  Dana Scioli,                    )   Case No.  **CV22-01236-PHX-GMS**

15            Plaintiff,            )   Complaint for Damages

16
17  v.                              )   (Diversity Claim)

18  AAA, Patrick Henry Schlecht     )

19
20  and Verizon                     )

21            Defendant.           )

22
    _____
23

24

25  The complaint is based on information and belief:

26
27              **JURISDICTION AND VENUE**

28  Dana Scioli, Attorney the Plaintiff pays his IRS Taxes in Washington DC 20006 and

therefore is a resident in Washington DC 20006.

Defendant AAA is a registered company in Arizona and elsewhere.

Defendant Patrick Schlecht is a citizen of state of Arizona

Defendant Verizon is registered to do business in Arizona and elsewhere

## FACTS

Patrick Schlecht is a discharged Army soldier, and was accused after discharge of the following crimes: https://www.nytimes.com/1986/12/17/us/right-wing-group-accused-of-bank-robbery-plot.html See, FBI West Virginia Identification Section for details.

Dana and Patrick had an agreement that Dana would meet in Truckee CA and drive back to Arizona together that Dana would provide several hundred dollars for gas and food and Dana fulfilled that obligation to his longtime friend Patrick.

Patrick Schlecht and Dana Scioli, Space Exploration Attorney were digging in the Nevada area after discovery of Gold and other minerals through a testing method of dish soap commonly known as a detergent to ensure it was not fool's gold Dana Scioli started to get sick. Prior to the known Goldmine production value.

Bio-based products are wholly or partly derived from materials of biological origin, excluding materials embedded in geological formations and/or fossilized. In industrial processes, enzymes are used in the production of chemical building blocks, detergents, pulp and paper, textiles.

Dana Scioli contacted various governmental agencies preparing documents and posting Facebook articles one of such articles documenting the mine location and talents of Dana Scioli, Space Exploration Attorney as she was just doing her duty.

As time progressed Dana Scioli started to taste a trace of soap but thought it was a failure of Patrick to rinse the plate or cup. As Dana approached Parker, Arizona with Patrick in the AAA insured vehicle (RV) it became evident that there was anger of Patrick towards Dana Scioli, Space Exploration Attorney. Patrick would yell at Dana and look at Dana with hard eyes. Even telling someone about Rape as Dana recorded. Dana took the additional steps to Counsel Patrick about business dealing within the City of Scottsdale. Dana Scioli as well filed a Pleading and contacted at a later date United States District Court for The Southern District of New York and the New York Court of Appeals Bar, Division Three for Bar Admission.

At all times relevant to the complaint Patrick would entice Dana to pay additional money to pay for things that Dana had not agreed to. As well as perform services that were not agreed to at time of travel.

It finally came to Dana's attention that she was being poisoned by Patrick. Dana started to have bowel problems and throat problems determined to be from the dish soap. Honor Health Dx the medical issues that resulted in bowel problem and photos were sent to AAA. All of the occurrences at all times relevant were in the vehicles owned by Patrick Schlecht and insured by AAA.

Dana was also witness to EPA violations at a repair location of Patrick vehicles that was not licensed for vehicle repair or RV repair nor did the station have the proper permits to store hazard materials. Dana witnessed leaking barrels of Oil and took pictures next to the vehicles of 55 Gallon drums in the Salt River Tribal Community. Dana had to sleep next to the hazard while waiting to be released by Patrick.

Dana Scioli was finally released by Patrick at Scottdale Police Station next to the Civic Center Library. During this time Dana Scioli was in touch with VA Hospital regarding documents or files of Patrick mental health and the like.

During the ordeal Dana Scioli was promised by Verizon that a substantial amount of money that was removed from Dana Scioli Debit account regarding billing would be refunded. This effected Dana Scioli communication during the ordeal and prevented Dana Scioli from doing business and calling for assistance. While Patrick was sitting with Dana Scioli in the Lake Havsu area at a gas station. Verizon sent Dana Scioli emails and made oral promises that Dana Scioli would be refunded his money. Dana Scioli had his number given to her at Leesburg Va. And entered into https://www.verizon.com/onesearch/search?q=Virgina%20Service%20agreement &src=wireless agreement her isp will show her location at all times relevant to the complaint.

Verizon sent this binding email to Dana Scioli that reads in part:

Tuesday, October 19th, 2021 at 9:16 AM

"Dear Dana Scioli,

Good morning. I'm glad to hear your refund is in process...

Regards,

*Erin D*
*Executive Analyst -Executive Office*
*HQ Executive Relations Operations -Verizon Consumer Group*"

Dana Scioli after being made promises for money to be refunded has received no USD in his debit card account as promised by Verizon. This has caused damage in conjunction with the other named Defendants that would have eased the burden on Dana Scioli had Dana Scioli been given the refund. The common goal appeared to be break Dana Scioli and trap Dana by carry away. This is shown by Verizon data and United States Geo Spatial metadata through NSA.

Dana Scioli was place in the hospital for bowel, throat and burning problems incurred costs for hospital stays.  Dana Scioli reported Verizon to the State of Arizona under the criminal complaint procedure relevant to bill pay under there jurisdiction.

 But not limited to herein.

## Breach of Contract

Plaintiff realleges and incorporates the above herein:

Although Arizona law allows for verbal contracts in some cases, most contracts must be written to be considered valid. This is based on the Statute of Frauds. A.R.S. §44-101 outlines the types of contracts that must be in writing to be valid.

There are three types of breach of contract.

**1. Material:** Does not allow a party to fulfill their part of the contract

2. **Partial:** A contracting party is still able to fulfill part of the contract

**3. Anticipatory:** A party believes that the other party will not fulfill their part of the contract

To prove a breach of contract, you must show four things:

1. First, the party claiming a breach must show the contract is **valid**. It must be entered into by someone legally allowed to do so and it must be in writing, if required.

2. Next, the party claiming a breach must show that **they performed their part** of the contract or intend to, or have attempted to, even in the face of resistance or difficulty from the defendant.

3. The party claiming breach must also prove that the other party **did not adequately perform their part** of the contract.

4. Finally, the party claiming breach must show that they **suffered losses** because of the breach of contract.

<u>**Insurance Bad Faith**</u>

Plaintiff realleges and incorporates the above herein:

There is an implied duty of good faith and fair dealing in every insurance policy.

Dana Scioli claims that AAA breached this duty. To prove that Dana Scioli breached the duty of good faith and fair dealing, Dana Scioli must prove: 1. AAA intentionally1 [denied the claim] [failed to pay the claim] [delayed payment of the

claim]2 without a reasonable basis for such action; and 2. AAA knew that it acted without a reasonable basis, or AAA failed to perform an investigation or evaluation adequate to determine whether its action was supported by a reasonable basis.

In all aspects of investigating or evaluating a claim, AAA is required to give as much consideration to Dana Scioli's interests as it does to its own interests.

To prove that AAA acted intentionally [on the bad faith claim], Dana Scioli must prove that AAA intended its conduct, but Dana Scioli does not need to prove that AAA intended to cause injury. AAA's conduct is not intentional if it is inadvertent or due to a good faith mistake.

There is an implied duty of good faith and fair dealing in every insurance contract. Dana Scioli claims that AAA breached this duty. The duty of good faith and fair dealing requires an insurance company to give the same consideration to its insured's interests as it gives to its own when it considers a settlement offer.1 The test for evaluating whether an insurance company has given equal consideration to the interests of its insured is whether a prudent insurer without policy limits would have accepted the settlement offer.

The breach of the duty of good faith and fair dealing caused Dana Scioli: 1. Monetary loss or damage to credit reputation experienced and reasonably probable to be experienced in the future; and 2. Emotional distress, humiliation, inconvenience, and anxiety experienced and reasonably probable to be experienced in the future.

## Negligence

1   Plaintiff realleges and incorporates the above herein:

2

3   Defendant was under a common law duty or obligation to exercise reasonable care

4   for the safety of others while driving his automobile. Defendant violated that duty

5

6   by failing to control the equipment of his vehicle to avoid damages as such as

7

8   poising. Defendant's conduct was, therefore, negligent.

9   Due to Defendant's negligence, Plaintiff sustained throat, bowel and burning as well

10

11  as other injuries. In addition, Plaintiff suffered pain, alteration in her lifestyle,

12  inconvenience, and other effects of the injuries.

13  Plaintiff underwent reasonable and necessary medical treatment as a result of her

14

15  injuries. Plaintiff has incurred medical bills arising from that medical treatment.

16  In order to maintain a negligence/tort action in Arizona, an injury victim must

17

18  establish the four elements of a tort. Duty. The plaintiff must prove that the

19

20  defendant owed them a duty of care when Dana and Patrick text each other

21

22  agreeing on the terms of the ride. Breach. The plaintiff must prove that the

23  defendant breached the duty of care basic standards of RV living are alleged such

24

25  as hazardous equipment Causation. The plaintiff must prove that the injury was

26  caused by the defendant 'breach. Damages.

27

28  In other words, the injury victim must prove that the defendant had a duty to the

8

victim, the defendant breached that duty, and the breach of the duty caused

damages that has been plead in the case before us.

## Relief

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

General damages in an amount to be proven at trial;

Special damages in an amount to be proven at trial;

Property Damage;

Amend Pleadings and Complaint;

Attorneys' fees and costs; and

Such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted this 7th day of May 2022.

Law Firm of Dana Scioli

/S/ Dana Scioli

Dana Scioli, Counsel
Colorado Bar Number #
545839
Pro Hoc Nuc*
1629 K Street NW
Suite 300
Washington DC 20006
